**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**


Court File No.: 08-6236 PAM-FLN

Matthew Lindholm, Stacy Kruzel,
Michelle Sefeik and Andrea Caven,

          Plaintiff,

                                     **ORDER FOR DISMISSAL**
v.                                            **WITH PREJUDICE**

Joe Buccheri, Stryden Staffing, Inc.,
d/b/a Stryden Minnesota, d/b/a Stryden
Staffing Services, Inc., d/b/a Stryden Minnesota,
d/b/a Stryden Staffing Services d/b/a Stryden
Operations, and d/b/a Stryden MSP,

          Defendants.


      The Stipulation, having been presented to the Court on behalf of the above parties,

      **IT IS HEREBY ORDERED** That the above-entitled action be, and the same hereby is,

dismissed with prejudice and on its merits and without costs, disbursements or attorneys' fees to

any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: January 5, 2010                **BY THE COURT:**


                                   s/Paul A. Magnuson
                                   Paul A. Magnuson
                                   Judge of U.S. District Court